UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DANIEL PHELPS,

          Plaintiff,

-vs-                                Case No. 6:05-cv-1910-Orl-28KRS

SOUTHERN GREENS, INC.,

          Defendant.

## ORDER

This case is before the Court on the Joint Motion To Re-Open This Action To Approve The Parties' Proposed Settlement And Enter A Stipulated Final Judgment (Doc. No. 21) filed May 17, 2006. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed June 13, 2006 (Doc. No. 24) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Joint Motion to Approve the Proposed Settlement and Enter a Stipulated Final Judgment is **GRANTED**. The settlement reached by the Parties and described in the Motion is hereby approved.

    3.    The case is dismissed with prejudice.

4. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 3rd day of July, 2006.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party